# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

JERMAINE ALI WILSON,        *
                            *
    Petitioner,          *
                            *       CV 605-120
    v.                   *       (Formerly CR 603-018)
                            *
UNITED STATES OF AMERICA,    *
                            *
    Respondent.          *

---

## O R D E R

---

Defendant Jermaine Ali Wilson has filed a motion to vacate a judgment entered by this Court in 2006, denying his motion under 28 U.S.C. § 2255. Wilson cites to Federal Rule of Civil Procedure 60. A Rule 60 motion must be made within a reasonable time. A nearly ten-year delay is per se unreasonable. Accordingly, the motion (doc. 59) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this _23rd_ day of August, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA